PER CURIAM.

The offense is the unlawful transportation of intoxicating liquors in a dry area; the punishment, 20 days in jail and a fine of $300.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed.

PER CURIAM.

The offense is aggravated assault; the punishment, 2 years in jail and a fine of $500.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed.

**Arthur HART, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 28252.**

Court of Criminal Appeals of Texas.

April 11, 1956.

*John C.* **RANDLE, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 28261.**

Court of Criminal Appeals of Texas.

April 18, 1956.

No appearance for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

No attorney on appeal for appellant.